UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| DARLENE PACHECO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. **05 CR 10032 PBS**

2005 FEB 11 A 11: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

VIOLATIONS:

18 U.S.C. §1344(2) (Bank Fraud)
18 U.S.C. § 1956(a)(1)(A)(i)
(Money Laundering)

## INFORMATION

The United States Attorney charges:

### BACKGROUND

At all times relevant to the charges in this information:

1.   DARLENE PACHECO lived in Somerset, Massachusetts.

2.   PACHECO worked for Citizens Union Savings Bank ("Citizens Union"), a federally insured financial institution. She worked initially as the head teller in the Somerset, Massachusetts branch, and then, beginning 1998, as the assistant branch manager in the Swansea, Massachusetts branch.

3.   As assistant branch manager, PACHECO had authority to issue bank checks and approve loans.

4.   From 1993 through 2002, PACHECO devised and executed a scheme to commit bank fraud by stealing money from Citizens Union customer accounts. She accomplished this by forging customer signatures on checks she wrote out of these accounts and then deposited into her own accounts or cashed. She also took out loans under customer names and kept the loan proceeds for herself. In an effort to promote and conceal this scheme, PACHECO engaged in money laundering, by using some of the money she stole to make payments on earlier fraudulent loans. Over its nine-year life-span, this scheme netted

PACHECO a total of approximately $366,316.

## THE BANK FRAUD SCHEME

### The Laferriere/Mass. Wrecking Account

5.    PACHECO began her scheme in 1993, by forging the signature of her sister, Dawn Laferriere, on checks PACHECO wrote out of a Citizens Union account in the name of Mass. Wrecking Co., an account that Laferriere and her husband controlled. PACHECO made most of the fraudulent Mass. Wrecking Co. checks payable to cash, then cashed them, and kept the money for herself. Others, she made payable to herself and deposited into her own accounts.

6.    Between 1993 and 2000, PACHECO stole approximately $204,597 from the Mass Wrecking Co. account. PACHECO was able to hide the theft from her sister by changing the account address so that the account statements went to PACHECO.

### Checks From Other Customer Accounts

7.    In 2000, PACHECO used the access she had to customer account information, as assistant branch manager, to began stealing money from other Citizens Union customer accounts. In doing so, she abused the position of trust she held at the bank. She identified, as target accounts, those held by customers who she knew and whom she believed would not notice the missing money, and she reviewed their account records to identify funds that she could take.

8.    Among those accounts from which she fraudulently took money was that of Irene Myles. On June 23, 2001, PACHECO closed out a $13,700 certificate of deposit ("CD") that Myles owned.

9.    Over the next two months, PACHECO withdrew the $13,700 from Myles's account. PACHECO deposited approximately $3,200 of this money into her own Citizen's

2

Union account; she took approximately $7,209 in cash for herself; and she used the remainder, approximately $3,936, to make payments on fraudulent loans she had obtained.

10.    While PACHECO handled each of the accounts from which she stole somewhat differently, the Myles account is generally representative.

The Fraudulent Loans

11.    In addition to fraudulently writing checks out of customer accounts, PACHECO also applied for fraudulent loans in the name of Citizens Union customers, without the customers' knowledge or authorization. She then used her position within the bank to approve these fraudulent loans; she directed the loan documents and statements to post office boxes she controlled, so that the customers would not learn about the loans; and she used the loan proceeds for her personal benefit or to repay other fraudulent loans she had obtained.

12.    One of the Citizens Union customers in whose name PACHECO obtained fraudulent loans was Gregory Trafka, her brother-in-law. During 2001, she took out 10 loans in Trafka's name for a total of approximately $146,000. To keep him from discovering these loans, she had the loan documents and the statements sent to a Post Office box she controlled.

13.    PACHECO deposited $7,550 of the Trafka loan proceeds into her own bank accounts, took $27,862 in cash for herself, and used the remaining $110,587 to repay other fraudulent loans she had obtained.

14.    While PACHECO handled each of the fraudulent loans somewhat differently, the Trafka loans are generally representative.

Proceeds of the scheme

15.    PACHECO's bank fraud scheme netted her a total of approximately $366,316.

3

She used the money that she stole to pay for illegal drugs for herself – primarily ecstasy and marijuana – as well as for clothes, lottery tickets, and other personal items.

Money Laundering

16.    To prevent the fraudulent loans from going into default status, which would have alerted Citizens Union to a problem with these loans, PACHECO used a portion of the fraud proceeds to make payments on these loans.  She did this in an effort to promote the scheme and avoid detection.

17.    Specifically, on December 5, 2001, PACHECO fraudulently obtained a $23,000 loan in the name of Gregory Trafka.  She used $20,030 of those loan proceeds to pay off a loan she had fraudulently obtained in Trafka's name on November 27, 2001.

<u>COUNT ONE</u>
(Bank Fraud)
18 U.S.C. §1344(2)

18.    The U.S. Attorney realleges and incorporates by reference paragraphs 1-17 of this Information, and further charges that:

Between approximately February 1993 and December 2002, in the District of Massachusetts and elsewhere,

DARLENE PACHECO

knowingly executed a scheme to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution, namely Citizens Union Savings Bank, by means of false and fraudulent pretenses, representations, and promises.

All in violation of 18 U.S.C. § 1344(2).

5

<u>COUNT TWO</u>
(Money Laundering)
18 U.S.C. § 1956(a)(1)(A)(i)

19.    The U.S. Attorney realleges and incorporates by reference paragraphs 1-17 of this Information, and further charges that:

On approximately December 5, 2001, in the District of Massachusetts and elsewhere,

DARLENE PACHECO

knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, namely bank fraud, conducted a financial transaction which in fact involved the proceeds of bank fraud with the intent to promote the carrying on of bank fraud.

All in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

MICHAEL J. SULLIVAN
United States Attorney

By:

Adam J. Bookbinder
Assistant U.S. Attorney

Dated: February 11, 2005

6

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    U.S. DISTRICT COURT
                                                 DISTRICT OF MASS.
                                                 **U.S. District Court - District of Massachusetts**

---

**Place of Offense:** _____   **Category No.** _II_____   **Investigating Agency** _IRS, FBI_____

**City** _Swansea_____   **Related Case Information:**

**County** _Bristol_____   Superseding Ind./ Inf. _____   Case No. _____
                                      Same Defendant _____ New Defendant _____
                                      Magistrate Judge Case Number  _____
                                      Search Warrant Case Number  _____
                                      R 20/R 40 from District of  _____

---

**Defendant Information:**

Defendant Name  _Darlene Pacheco_____   Juvenile  ☐ Yes   ☒ No

Alias Name  _____

Address  _10 Maria Ave., Somerset, MA 02726_____

Birth date (Year only): _1967_  SSN (last 4 #): _3019_  Sex _F_  Race:  _Caucasian___  Nationality: _US___

**Defense Counsel if known:**  James Lawrence_____   **Address:** _70 Jefferson Blvd., Warwick, RI 02888_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Adam J. Bookbinder_____   **Bar Number if applicable** _566590_____

**Interpreter:**  ☐ Yes  ☒ No      **List language and/or dialect:**  _____

**Matter to be SEALED:**  ☐ Yes   ☒ No

   ☐ **Warrant Requested**      ☒ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:**  _____

☐ **Already in Federal Custody as**  _____  in  _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____  on  _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  _2_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  2/11/05           **Signature of AUSA:** _____

7005 FEB 11 A 11: 15

05 cr 10003 PBS

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Darlene Pacheco _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344(2) | Bank Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(a) | Money Laundering | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**