UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  05-10032-PBS

v.

DARLENE PACHECO

### NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                              February 16, 2005

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **March 17, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

      By the Court,

      _/s/ Robert C. Alba_
      Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

              CRIMINAL ACTION
              NO.   05-10032-PBS

v.

DARLENE PACHECO

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                      February 16, 2005

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **March 17, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

                                                                   By the Court,

                                                            /s/ Robert C. Alba
                                                           Deputy Clerk

Copies to:  All Counsel