Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 3/17/05
By

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10032-PBS |
| ) | |
| DARLENE PACHECO ) | |

## WAIVER OF INDICTMENT

I, Darlene Pacheco, the above-named defendant, who is accused of bank fraud, in violation of 18 U.S.C. § 1344(2), and money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court, on March 17, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Darlene Pacheco

_____
James Lawrence, Esq., counsel for the Defendant

Before: _____
U.S. District Court Judge
Patti B. Saris