UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 05-10032-PBS |
| ) | |
| DARLENE PACHECO ) | |

### DEFENDANT'S MOTION FOR WAIVER OF THE ELECTRONIC FILING REQUIREMENT

Now comes the Defendant, by and through her undersigned counsel, and hereby moves this Honorable Court for a waiver of the electronic filing requirement regarding Defendant's Motion for a Downward Departure which as been filed contemporaneously herewith. As grounds therefore, Defendant's attorney states:

1. Currently Defendant's counsel is not registered for electronic and is scheduled to take the requisite training class on August 31, 2005, in the United States Bankruptcy Court for the District of Rhode Island.

2. Defendant's counsel will not be able to register for electronic filing with this Honorable Court until after completion of the training class on August 31, 2005.

3. This Honorable Court has scheduled Defendant's sentencing for September 8, 2005, and to eliminate delay, Defendant' counsel request a waiver of the electronic filing requirement for Defendant's Motion for a Downward Departure.

WHEREFORE, Defendant prays that the within motion be granted and that this Honorable Court waive of the electronic filing requirement regarding Defendant's Motion for a Downward Departure.

Respectfully Submitted,
DARLENE PACHECO
By her Attorney,

*/s/ James S. Lawrence*
James S. Lawrence, Esq.
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI, USA 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110
BBO #553940

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the  16th  of August, 2005, I did send via facsimile and via first class mail, postage prepaid to:

Tricia Marcy, U.S. Probation Office
1 Courthouse Way, Suite 1200
Boston, MA 02110

Adam Bookbinder, Asst. U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02110

2