UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                )<br>)<br>DARLENE PACHECO                          )<br>_____) | Docket No. 05-10032-PBS |

## DEFENDANT'S NOTICE OF FILING

Now comes the Defendant, Darlene Pacheco and hereby gives notice of the filing of the following for consideration by the Court at her sentencing hearing scheduled for September 8, 2005.

1. Correspondence from the Defendant's sister, Dawn Laferriere.
2. Correspondence from Defendant's current boss, Elizabeth Rego.
3. September 6, 2005, Correspondence from Peter Leneweaver.

Respectfully Submitted,<br>
DARLENE PACHECO<br>
By her Attorney,<br>
<br>
/s/_____<br>
James S. Lawrence, Esq.<br>
FLAHERTY & LAWRENCE<br>
70 Jefferson Boulevard<br>
Warwick, RI, USA 02888<br>
Telephone: (401) 781-7200<br>
Telecopier: (401) 781-0110<br>
BBO #553940

-1-

-2-

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I did send via facsimile and via first class mail, postage prepaid to: Tricia Marcy, U.S. Probation Office, 1 Courthouse Way, Suite 1200, Boston, MA 02110, and via electronic mail, via facsimile and via first class mail Adam Bookbinder, Asst. U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02110, on the 7th day of September, 2005.

      /s/_____
      Gregory P. Sorbello, Esq.

To: District Attorney

From: Dawn Laferriere

I am writing to express my feelings towards the case of Darlene Pacheco. While I am not happy that she took money from my account, and Citizens-Union didn't catch this problem sooner, I do have sympathy for Darlene.

I don't think what she did was right but I do feel she has already paid a great price for her mistakes. She has dealt with the shame and embarrassment of seeing past co-workers and past customers of the bank. She lost a very good job and now works in a Dunkin Donuts in which she has to face the stares and looks of the people of the past. She has major problems in her marriage and is in debt so deep I don't know how she will ever get out.

I know Darlene must have had serious problems that her family and relatives were unaware of. She got herself in a desperate situation and everything must have got so out of control, she made desperate and serious mistakes.

Darlene is a wife and a mother of two beautiful children who desperately need her. I get heart broken every time I think of my niece and nephew, not having their mom their for them. The children will be devastated to see their mom behind bars, and the shame they will feel when the kids at school tease them.

I think the best place for Darlene would be a half way house or some place she can receive the counseling she needs. Darlene has made bad decisions but she is not a bad person. Please give her the counseling she needs. I feel she has already suffered a great deal.

Thank you,

*Dawn Laferriere*
Dawn Laferriere

To whom this may concern,

      Darlene Pacheco has been working as my assistant manager since November 2004. Her duties are to make sure the store is under management supervision and cash handling. Every since Darlene has handled the cash there has not been any shortages that has come to my attention. She handles the cash in a professional manner. Darlene is a very dependable person and hopes for the best.

Thank You for your time and patience!

Sincerely,

Elizabeth Rego
Store Manager

September 06, 2005

Darlene Pacheco
505 GAR Hwy
Somerset MA 02726

RE:   ServSafe Review and Exam

Thank you for registering for the ServSafe Review and Exam held on November 04, 2005. startomg at 1:00 pm. Following are the details regarding the class:

| | |
|---|---|
| Location: | Dunkin Donuts University |
| | 589 Granite Street |
| | Braintree MA 02184 |
| Time: | Starts promptly at 1:00 pm. |
| | Four hours from start to end of exam. |

Dunkin' Brands is authorized by the National Restaurant Association to deliver this program. As a result there are certain requirements to be met when you come to take the exam.

• Please **ensure that you have completed the Dunkin' Brands OnLine University ServSafe class.** You are required to **bring the Certificte of Completion for this class** in order to cattend the review and exam. Refer to the Dunkin' Brands Course link on the OnLine University for certificate printing instructions.

• Please **bring a check with you payable to Dunkin' Brands.** The amount should be $75.0 and covers the cost of all materials and room costs where applicable. Please be sure to **include your PC# on the memo portion** of the check.

• You must **bring a valid photo ID with you to the exam** (e.g., license, passport, studentID card.

Dress code for the class is business casual. We don't expect you to be in uniform, but we do expect professional appearance. I ask that you also prepare yourself for the class by clearing your schedule during this time and making any necessary arrangements for someone to take your calls and pages.

I look forward to meeting you when you arrive and am committed to delivering a high quality learning experience.

Sincerely,

Peter Leneweaver
Instructor