**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

      v.                      **CRIMINAL NO.  05-10032-PBS**

**DARLENE PACHECO**         **Defendant**

**MEMORANDUM OF SENTENCING HEARING**
**AND**
**REPORT OF STATEMENT OF REASONS**

**Saris, D.J.**

    Counsel and the defendant were present for sentencing hearing on 9/8/05. The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1.(a) Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

        \_\_\_\_ yes   _X_ no

(b) If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

2. Are any legal issues in dispute?

        \_\_\_\_ yes   _X_ no

If yes, describe disputed issues and their resolution:

2.(a) Tentative findings as to advisory guidelines are:

    Total Offense Level: _____17_____

    Criminal History Category: ____I____

    _24_ to _30_ months imprisonment

    _36_ to _60_ months supervised release

    $_5,000_ to $_1.5. MILLION_ fine

```
                          (plus $_____ cost of
                          imprisonment/supervision)

          $___204,597*_____ restitution [*SEE ATTACHMENT]
                           PAYABLE TO DAWN LAFERRIERE RUSIN

          $___200.00_____ special assessment ($_____ on
                                                each of counts _____)
```

(b)   Are there any legal objections to tentative findings?

      \_\_\_\_\_ yes   \_X\_\_ no

3. (a)   Remarks by counsel for defendant.[1]

      \_X\_\_ yes   \_\_\_\_\_ no

(b)   Defendant speaks on own behalf.

      \_X\_\_ yes   \_\_\_\_\_ no

(c)   Remarks by counsel for government.

      \_X\_\_ yes   \_\_\_\_\_ no

4. (a)   The sentence will be imposed as follows:

```
          _____24_____ months imprisonment [TO SELF REPORT IN
                             30 DAYS]

          _____ months/intermittent community confinement

          _____ months probation

          _____36_____ months supervised release

     $ _____NONE_____ fine (including cost of imprisonment/supervision)

     $_____204,597_____ restitution [PAYABLE TO DAWN LAFERRIERE RUSIN]

     $ ____200.00_____ special assessment ($_____ on each of
                                                counts _____)
```

Other provisions of sentence: (community service, forfeiture, etc.):

- MENTAL HEALTH COUNSELING
- DRUG COUNSELING AND TESTING

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

     (b)     After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

5.     Statement of reasons for imposing sentence.
Check appropriate space.

(a) _X_ Sentence is within the advisory guideline range

(b) ___ Sentence departs from the advisory guideline range as a result of:

    ___ substantial cooperation upon motion of the government

OR

    ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

6.(a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

     _X_ yes   ___ no

(b)    If no, why is the guideline sentence unreasonable?

(c)    Is restitution applicable in this case?

     _X_ yes   ___ no

Is full restitution imposed?

     _X_ yes   ___ no

If no, less than full restitution is imposed for the

following reasons:

(d)  Is a fine applicable in this case?

   _X_ yes   ____ no

Is the fine within the guidelines imposed?

   ____ yes   _X_ no

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

_X_ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

_X_ Imposition of a fine would unduly burden the defendant's dependents; OR

_X_ Other reasons as follows:

RESTITUTION IS HIGH.

7.  Was a plea agreement submitted in this case?

   _X_ yes   ____ no

8.  The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9.  Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

9/9/05
Date

United States District Judge