

# MEMORANDUM

**To:** Honorable Patti B. Saris, U.S. District Judge

**From:** Jesse J. Gomes, U.S. Probation Officer

**Re:** Darlene Pacheco
Dkt.No.: 05-10032-01
**Restitution Order/Payment Schedule Policy**

**Date:** March 7, 2007

This memorandum serves as notification of a fine/restitution payment schedule set upon by the above Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above supervised releasee has agreed to pay her Court-ordered restitution totaling $204,597 in monthly installments of $138.66.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved By

_____
Martin Flynn
Officer-in-Charge

Payment Schedule Is Approved:

_____
Honorable Patti B. Saris
U.S. District Judge